McNULTY, Respondent, v. MT. MORRIS ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by John McNulty against the Mt. Morris Electric Light Company. C. I. Taylor, for appellant. F. M. Hardenbrook, for respondent. No opinion. Judgment and order affirmed, with costs.

McSORLEY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Charles McSorley, as administrator, against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

MAGNOLIA METAL CO., Respondent, v. DREW et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the Magnolia Metal Company against Edward E. Drew and others. J. D. Fessenden, for appellants. A. S. Bacon, for respondent. No opinion. Judgment affirmed, with costs, and appeal from order denying motion for new trial dismissed.

MAIORANO, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Peter Maiorano against John C. Duffy. No opinion. Judgment of the Municipal Court affirmed, with costs.

MANHART et al., Respondents, v. PRINDLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Moses L. Manhart and another against Albert T. Prindle and another. PER CURIAM. Order modified by requiring plaintiffs to pay, as a condition of granting such order, all costs of the action subsequent to the service of the complaint, including costs and disbursements of the trial, and, as so modified, affirmed, with $10 costs and disbursements of this appeal. STOVER, J., not voting.

MANHATTAN TRANSIT CO., Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Action by the Manhattan Transit Company against John Brisben Walker. No opinion. Order affirmed, with $10 costs and disbursements.

MANHATTAN YACHT CLUB v. COLEMAN. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by the Manhattan Yacht Club against Magie A. Coleman. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

MARCHESE, Respondent, v. BELL TELEPHONE CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) **Action by Gugliemo Marchese against the Bell Telephone Company of Buffalo. No opinion. Judgment and order affirmed, with costs.

MARYLAND CASUALTY CO., Respondent, v. CORTLAND WAGON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by the Maryland Casualty Company against the Cortland Wagon Company. PER CURIAM. Order modified, so as to provide (1) that the examination and inspection in question shall be made at the expense of the plaintiff, by some disinterested person, either to be agreed upon by the parties or to be appointed upon application to the Special Term; (2) that if, for its convenience, the defendant elects so to do, it shall have the right, by service within 5 days of written notice to that effect, to fix the date at which the said examination shall commence, at any time within 60 days from the filing of this decision; (3) that said examination shall be completed within 10 days after it is commenced, exclusive of Sundays and holidays. As so amended, said order is affirmed, without costs. STOVER, J., not voting.

MATTESON et al., Appellants, v. MASON, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by James Matteson and another against Frank Mason. No opinion. Judgment and order affirmed, with costs.

MERKEL, Respondent, v. SNIPER, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Isaac Merkel against Gustavus C. Sniper. No opinion. Order affirmed, with $10 costs and disbursements.

METZLER, Appellant, v. MASTERSON, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Rosie Metzler against William H. Masterson. No opinion. Order of the County Court of Nassau county modified, so as to impose costs upon the defendant as a condition of setting aside the verdict, and, as thus modified, affirmed, without costs of this appeal to either party.

MILLER, Respondent, v. BLACK RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Reuben L. Miller against the Black River Telephone Company. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS, J., dissents. STOVER, J., not voting.

In re MILLS. (Supreme Court, Appellate Division, First Department. November 6, 1903.) In the matter of George E. Mills, an attorney. No opinion. Motion granted.